AO 91 (Rev. 11/11)  Criminal Complaint

FELONY

United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

*January 07, 2021*

David J. Bradley, Clerk of Court

United States of America )
)
v. ) Case No. B-21-MJ-112
)
Jose Alfredo FERNANDEZ-MARTINEZ )
*Defendant(s)* )

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 6, 2021 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252a | Possession of child pornography |

This criminal complaint is based on these facts:

On January 6, 2021, Jose Alfredo FERNANDEZ-Martinez entered the United States from Mexico via the pedestrian lane at the Gateway International Bridge in Brownsville, Texas. At the primary inspection lane, a U.S. Customs and Border Protection Officer (CBPO) Angel Garza noticed inconsistencies in FERNANDEZ-Martinez' statements and referred FERNANDEZ-Martinez for a secondary inspection.

In the secondary inspectional area, CBPO Garza asked FERNANDEZ-Martinez if he could search his phone and FERNANDEZ-MARTINEZ consented and unlocked his phone for CBPO Garza. During a search of the phone, CBPO Garza located pornographic images of minor female children. After discovering the images, CBPOs contacted Special Agents (SAs) with Homeland Security Investigations (HSI) led Rio Grande Valley Child Exploitation Investigations Task Force (RGV CEITF) to further the investigation.

During his interview with HSI SAs, FERNANDEZ-Martinez admitted to sexually assaulting a minor prepubescent female child, approximately 8 to 10 yrs. old, while using his personal Alcatel cellphone to video the sexual assault. FERNANDEZ-Martinez also admitted to producing sexually explicit still images of the minor prepubescent female child with his Alcatel cellphone

☐ Continued on the attached sheet.

*Complainant's Signature*

Jesus R. Garza    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Jan 7, 2021
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ronald G. Morgan    U.S. Magistrate Judge
*Printed name and title*