| AO 257 (Rev 6/78) | | |
|---|---|---|
| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | | |

BY: [X] COMPLAINT [ ] INFORMATION [ ] INDICTMENT

Name of District Court, and/or Judge/Magistrate, Location (City):
Southern District of Texas
Ronald G. Morgan, U.S. Magistrate Judge

---OFFENSE CHARGED---

Possession of child pornography

United States Courts
Southern District of Texas
FILED
*January 07, 2021*
David J. Bradley, Clerk of Court

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

Place of offense: Brownsville, Texas

U.S.C. Citation: Title 18, United States Code, Section 2252a

---DEFENDANT - U.S. vs.---
Jose Alfredo FERNANDEZ-MARTINEZ

Address: ▮▮▮▮▮ Matamoros, MX, Tamaulipas

Birth Date: ▮▮/1983 (Optional unless a juvenile)
[X] Male [ ] Female
[X] Alien (if applicable)

B-21-MJ-112

---PROCEEDING---

Name of Complainant Agency, or Person (& Title, if any)

Homeland Security Investigations

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y  [ ] Defense
SHOW DOCKET NO.

[ ] this prosecution relates to a pending cause involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

Special Agent Jesus R. Garza
[ ] U.S. Att'y  [ ] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

---DEFENDANT---

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons was served on above charges
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [X] On this charge
5) [ ] On another conviction [ ] Fed'l [ ] State
6) [ ] Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? [ ] Yes [X] No
If "Yes" give date filed: January 6, 2021
                         Mo   Day   Year

DATE OF ARREST: January 6, 2021
Or... if Arresting Agency & Warrant were not Federal
                         Mo.  Day   Year
DATE TRANSFERRED TO U.S. CUSTODY

[ ] This report amends AO 257 previously submitted

*ADDITIONAL INFORMATION OR COMMENTS*